JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KFC RESTAURANT #C004005, a business of unknown form; 2801 OLYMPIC LLC., a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01936-SVW-KS<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

///

///

///

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and KFC Restaurant #C004005 and 2801 Olympic LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 31, 2018

_____
UNITED STATES DISTRICT COURT JUDGE